94092 PJO/la

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY a/s/o MARK A SADLER TRUCKING LLC | Case No. 2:16-cv-00376-ALM-TPK |
| Plaintiff, | MAGISTRATE JUDGE TERENCE P. KEMP |
| v. | **STIPULATED DISMISSAL ENTRY** |
| PACCAR INC. , et al. | |
| Defendants. | |

The within matter is hereby SETTLED AND DISMISSED WITH PREJUDICE. Each party to bear their own costs.

IT SO ORDERED.

    /s/ Terence P. Kemp
~~MAGISTRATE JUDGE TERENCE R. KEMP~~
United States Magistrate Judge

APPROVED BY:

/s/ Patrick J. O'Malley
_____
Patrick J. O'Malley (0064987)
KEIS GEORGE llp
55 Public Square, Suite 800
Cleveland, Ohio 44113
(216) 241-4100/Fax: (216) 771-3111
Email: *pomalley@keisgeorge.com*
**Attorney for Plaintiff**

/s/ Thomas A. Marsh, Jr. (per email consent 3/28/17)
_____
Thomas A. Marsh Jr.
*Admitted Pro Hac Vice*
Law Offices of Robert A. Stutman, P.C.
500 Office Center Drive, Suite 301
Fort Washington, PA 19034
(215) 283-1177 x107/Fax: (215) 283-1188
Email: *MarshT@StutmanLaw.com*
**Co-Counsel for Plaintiff, Westfield Ins. Co.**

/s/ Stuart J. Goldberg (per email consent 3/28/17)
_____
Stuart J. Goldberg (0029469)
Eastman & Smith Ltd.
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
(419) 247-1777/Fax: (419) 247-1777
Email: *sjgoldberg@eastmansmith.com*
**Attorney for Defendant, Haldex Brake Products Corp.**

/s/ Erin E. Orndorff (per email consent 3/28/17)
_____
Erin E. Orndorff (0091039)
Frost Brown Todd
10 West Broad Street, Suite 2300
Columbus, Ohio 43215-3484
(614) 464-1211/Fax: (614) 464-1737
Email: *eorndorff@fbtlaw.com*
**Attorney for Defendant, PACCAR Inc. and Peterbilt Motors Co.**

*/s/ Steven G. Emerson (per email consent 3/28/17)*

_____
Steven G. Emerson
Thomas H. Davis
*Admitted Pro Hac Vice*
Stinson Leonard Street LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
(816) 691-3439/Fax: (816) 412-1100
Email: *semerson@stinson.com*
       *thomas.davis@stinson.com*
**Co-Counsel for Defendant, Haldex Brake Products Corporation**